```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  9/13/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DANNY ALARCON, *individually and on behalf of others similarly situated*,

             Plaintiff,

v.

SULLIVAN CUSTOM WOOD FLOORING, INC. d/b/a SULLIVAN WOOD FLOORS and EDWARD SCOTT,

             Defendants.
-------------------------------------------------------X

CASE NO.: 1:18-cv-02205-RWS  1:18-CV-03903-ER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, DANNY ALARCON, and Defendants, SULLIVAN CUSTOM WOOD FLOORING, INC. d/b/a SULLIVAN WOOD FLOORS, and EDWARD SCOTT, by and through undersigned counsel, stipulate and agree that this action is hereby DISMISSED WITH PREJUDICE.

DATED:    New York, New York
              **September 11, 2018**

| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **LAW OFFICES OF MICHAEL G. SANTANGELO PLLC** |
| By: _____ | By: _____ |
| Nolan Klein, Esquire | Michael G. Santangelo, Esquire |
| 39 Broadway, Ste. 2250 | 75 South Broadway, Ste. 4-54195 |
| New York, NY 10006 | White Plains, NY 10601 |
| Ph: 646-560-3230 | Ph: 914-304-4242 |
| klein@nklegal.com | mgsesq@msn.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

The application is  X  granted
                      ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated:   9/13/2018
New York, New York